**Robert M. SNYDER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41225.**

Missouri Court of Appeals,
Western District.

April 25, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 30, 1989.

Application to Transfer Denied
Aug. 1, 1989.

J.D. Williamson, Independence, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief.

Judgment affirmed.   Rule 84.16(b).